## TABLE OF EXHIBITS

Exhibit 1 - Affidavit of Facts of Roger D. King

Exhibit 2 - Affidavit of Expert Opinion of Bert P. Cummins

Exhibit 3 - Preliminary Expectations for OhioHealth Skilled Nursing Facility (SNF) Continuing Care Network (CCN)

Exhibit 4 - OhioHealth SNF Survey Form

Exhibit 5 - Credentialing Criteria for OhioHealth Skilled Nursing Facility (SNF) Continuing Care Network (CCN)

Exhibit 6 - OhioHealth Skilled Nursing Facility (SNF) Continuing Care Network (CCN) Handbook of Quality Requirements

Exhibit 7 - Continuing Care Network Skilled Nursing Facility Provider Agreement (Clinical Integration)

Exhibit 8 - Affidavit of Facts of Elizabeth Zink-Pearson