UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ROGER D. KING, | Case No. 2:15 CV 1788 |
| Plaintiff/Relator, | Judge Graham |
| | Magistrate Judge Kemp |
| v. | **FILED UNDER SEAL** |
| OHIOHEALTH CORPORATION, et al., | **PLAINTIFF/RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff/Relator ROGER D. KING, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to both the United States of America and Relator Roger D. King. Please take notice that the United States of America intends to file a Consent to Dismissal.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part that the plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendants have neither answered Plaintiff/Relator's Complaint, nor filed a motion for summary judgment.

1

Accordingly, this matter may be dismissed without prejudice and without a court order.

Respectfully submitted,

KEITH & ASSOCIATES, PLLC

By: _____
Ann B. Miller, *Attorney for Plaintiff/Relator, Roger D. King*

Dated: January 6, 2016

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been duly served upon the following parties or counsel of record by regular U.S. Mail, postage prepaid this 6th day of January, 2016.

Andrew Malek
Assistant United States Attorney
303 Marconi Blvd, Ste 200
Columbus, Ohio 43215
andrew.malek@usdoj.gov
*Attorney for United States of America*

Rohith V. Srinivas
Attorney, Civil Division
U.S. Department of Justice
601 D Street
Washington, DC 20530
rohith.v.srinivas@usdoj.gov
*Attorney for United States of America*

Ann B. Miller